FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0369

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0369

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MALCOLM JOSEPH NEWROBE, SR.,

      Defendant and Appellant.

**ORDER**

Upon motion of the Appellant and without objection from the State, the Court hereby directs that the remittitur in this matter shall issue immediately.